IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TERRILL POPPELL            *

    Plaintiff         *

v.                         *       Civil Case No. RDB-10-3549

UNITED STATES OF AMERICA, et al.   *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

Presently pending before this Court is Plaintiff Terrill Poppell's Motion for Leave to Amend Complaint (ECF#32) pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and Local Rule 103.6 of this Court. No opposition has been filed by the Defendant and no hearing is necessary. *See* Local Rule 105.6 (D. Md. 2011). Pursuant to Rule 15(a)(1) the Plaintiff may amend his pleading as a matter of course.

Accordingly, it is HEREBY ORDERED this 22nd day of December, 2011, that Plaintiff's Motion for Leave to Amend Complaint (ECF#32) is GRANTED.

                                                      Richard D. Bennett
                                                      United States District Judge